CLOSED

**U.S. District Court**
**District of New Jersey [LIVE] (Newark)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-00870-DMC-MF**

SEAMAN et al v. DAVOL INC. et al
Assigned to: Judge Dennis M. Cavanaugh
Referred to: Magistrate Judge Mark Falk
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/15/2008
Date Terminated: 04/04/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**TABITHA L. SEAMAN** represented by **MELANIE H. MUHLSTOCK**
PARKER, WAICHMAN & ALONSO, LLP
111 GREAT NECK ROAD
1ST FLOOR
GREAT NECK, NY 11201-5402
(516) 466-6500
Email: mmuhlstock@yourlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**VINCENT T. SEAMAN** represented by **MELANIE H. MUHLSTOCK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2008 | 1 | COMPLAINT against DAVOL INC., C.R. BARD, INC. ( Filing fee $ 350 receipt number 1867197.) JURY DEMAND, filed by TABITHA L. SEAMAN, VINCENT T. SEAMAN. (Attachments: # 1 CIV COV SHT, # 2 SMS-1, # 3 SMS-2)(dr, ) (Entered: 02/20/2008) |

| | | |
|---|---|---|
| 02/20/2008 | 2 | Summons Issued as to DAVOL INC., C.R. BARD, INC.. Days Due - 20. MLD TO COUNSEL(dr, ) (dr, ). (Entered: 02/20/2008) |
| 04/04/2008 | 3 | Ceritified copy of ORDER purs to MDL transferring action to the USDC for the District of Rhode Island. (sr, ) (Entered: 04/04/2008) |
| 04/04/2008 | | ***Civil Case Terminated. (sr, ) (Entered: 04/04/2008) |
| 04/08/2008 | 4 | Court's Letter re: transfer. (sr, ) (Entered: 04/08/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/15/2008 09:18:55 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-00870-DMC-MF Start date: 1/1/1970 End date: 4/15/2008 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |